**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maureen O. Halligan aka Maureen Harp  
　　　　　Debtor(s)

CHAPTER 13

BKY. NO. 17-22509 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of PINGORA LOAN SERVICING, LLC and index same on the master mailing list.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　/s/ Brian C. Nicholas
　　　　　　　　　　Brian Nicholas
　　　　　　　　　　15 Oct 2020, 15:53:07, EDT

　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　Attorney I.D. No. 317240
　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　412-430-3594
　　　　　　　　　　bkgroup@kmllawgroup.com