IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Maureen O. Halligan | ) | Case No. 17-22509 JAD |
| Aka Maureen O. Harp, | ) | |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Maureen O. Halligan | ) | Related to Document No. 63 |
| Aka Maureen O. Harp, | ) | |
| Social Security No. XXX-XX- 1394 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| McKesson Medical-Surgical, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 25, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Maureen O. Halligan
265 Rochester Rd.
Freedom, PA 15042

McKesson Medical-Surgical, Inc.
Attn: Payroll Dept.
8741 Landmark Road
Richmond, VA 23228-2800

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    November 25, 2020    /s/ Kenneth Steidl
　　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　28th Floor, Gulf Tower
　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　ken.steidl@steidl-steinberg.com