**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/07/2022

IN RE:

| | |
|---|---|
| MAUREEN O. HALLIGAN<br>C/O KENNETH STEIDL ESQ<br>STEIDL & STEINBERG<br>707 GRANT ST STE 2830<br>PITTSBURGH,  PA  15219<br>XXX-XX-1394          Debtor(s) | Case No.17-22509 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%,

the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/7/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2655 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PINGORA LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4   INT %: 9.64%<br>Court Claim Number: 2<br>CLAIM: 23,823.06<br>COMMENT: CL2GOV~PMT/CONF*23785.37@10%/PL@K*PLntK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6551 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 5   INT %: 10.25%<br>Court Claim Number: 3<br>CLAIM: 17,968.68<br>COMMENT: CL3GOV*17938.46@10%/PL@K*PL NT K*FR ALLY BK-DOC 44 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5614 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SERVICES<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL17GOV*CENLAR/PL*DKT4LMT*BGN 7/17*FR CENLAR-DOC 50*FR PIN | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2772 |
| **STRATASYS**<br>7665 COMMERCE WAY<br>EDEN PRARIE, MN 55344 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*LEASE/SCH D | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4311 |
| **FREEDOM ASD (NEW SEWICKLEY TWP) (EIT)**<br>C/O BERKHEIMER TAX ADMIN – 2012 YRS ONWA<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 982.12<br>COMMENT: 2014 4TH QTR*1277.65/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1394 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 3,078.82<br>COMMENT: CL5GOV*3078@3%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1394 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,707.30<br>COMMENT: CL4GOV*3502@3%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1394 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,912.99<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2655 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 10,883.37<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0408 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 11,725.15<br>COMMENT: BARCLAYS/UPROMISE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6021 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,981.14<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1741 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8991 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 8,052.33<br>COMMENT: 6204/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4462 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 8,223.43<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0226 |
| **WELSH DERMATOLOGY**<br>100 STONEWOOD DR STE 200<br>WEXFORD, PA 15090-8386 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FRANCIS COST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HERITAGE VALLEY SEWICKLEY**<br>POB 827221<br>PHILADELPHIA, PA 19182-7221 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK NA\*\***<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND, WA 98083-0280 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 10,235.51<br>COMMENT: HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7492 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MED EXPRESS BILLING** POB 719, DELLSLOW, WV 26531 | Trustee Claim Number:21 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **PNC BANK NA** POB 94982, CLEVELAND, OH 44101 | Trustee Claim Number:22 INT %: 0.00% Court Claim Number:10 CLAIM: 18,440.30 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2002 |
| **RAINIER PHYSICAL THERAPY** 1187 FREEDOM RD STE C101, CRANBERRY TWP, PA 16066 | Trustee Claim Number:23 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **TD BANK USA NA\*\*** C/O WEINSTEIN & RILEY PS, PO BOX 3978, SEATTLE, WA 98124 | Trustee Claim Number:24 INT %: 0.00% Court Claim Number:18 CLAIM: 1,919.63 COMMENT: 8775/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1810 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGENT, PO BOX 2011, WARREN, MI 48090 | Trustee Claim Number:25 INT %: 0.00% Court Claim Number:12 CLAIM: 407.60 COMMENT: SYNCHRONY/GAP | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7228 |
| **UPMC HEALTH SERVICES** C/O DCM SERVICES/BANKRUPTCY, PO BOX 1123, MINNEAPOLIS, MN 55440 | Trustee Claim Number:26 INT %: 0.00% Court Claim Number:14 CLAIM: 3,843.78 COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1394 |
| **PA DEPARTMENT OF REVENUE\*** BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA 17128 | Trustee Claim Number:27 INT %: 0.00% Court Claim Number:4 CLAIM: 807.36 COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1394 |
| **UPMC PHYSICIAN SERVICES** C/O DCM SERVICES/BANKRUPTCY, PO BOX 1123, MINNEAPOLIS, MN 55440 | Trustee Claim Number:28 INT %: 0.00% Court Claim Number:15 CLAIM: 1,181.05 COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1394 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR** C/O CARRINGTON MORTGAGE SERVICES, PO BOX 3730, ANAHEIM, CA 92806 | Trustee Claim Number:29 INT %: 0.00% Court Claim Number:17 CLAIM: 468.45 COMMENT: CL17GOV*$0ARRS/PL@CENLAR*THRU 6/17*FR CENLAR-DOC 50*FR PINGORA-DO( | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 2772 |
| **DUQUESNE LIGHT COMPANY\*** ATTN. LITIGATION COUNSEL, 411 SEVENTH AVE, MAIL DROP 16-1, PITTSBURGH, PA 15219 | Trustee Claim Number:30 INT %: 0.00% Court Claim Number:19 CLAIM: 598.93 COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1394 |

| CLAIM RECORDS | | |
|---|---|---|
| **MCCABE WEISBERG & CONWAY LLC (FRMLY L/** ATTN. MARISA MYERS COHEN ESQ 123 SOUTH BROAD ST STE 1400  PHILADELPHIA, PA  19109 | Trustee Claim Number:31  INT %:  0.00% Court Claim Number:  CLAIM:  0.00 COMMENT:  FLAGSTAR~PINGORA LN SVCNG/PRAE | CRED DESC:  NOTICE ONLY ACCOUNT NO.: |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000  PHILADELPHIA, PA  19106 | Trustee Claim Number:32  INT %:  0.00% Court Claim Number:  CLAIM:  0.00 COMMENT:  PINGORA LN/PRAE | CRED DESC:  NOTICE ONLY ACCOUNT NO.: |
| **HILL WALLACK LLC** 777 TOWNSHIP LINE RD STE 250  YARDLEY, PA  19067 | Trustee Claim Number:33  INT %:  0.00% Court Claim Number:  CLAIM:  0.00 COMMENT:  WILMINGTON/PRAE | CRED DESC:  NOTICE ONLY ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING 4515 N SANTA FE AVE DEPT APS  OKLAHOMA CITY, OK  73118 | Trustee Claim Number:34  INT %:  0.00% Court Claim Number:  CLAIM:  0.00 COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY ACCOUNT NO.: |