**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MAUREEN O. HALLIGAN | Case No. 17-22509JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>PRA RECEIVABLES MANAGEMENT LLC - AGNT PRA LLC<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Vehicle Totaled

| | |
|---|---|
| PRA RECEIVABLES MANAGEMENT LLC - AGNT PRA LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | Court claim# 3/Trustee CID# 5 |

The Movant further certifies that on 03/24/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>  original creditor<br>  putative creditor<br>  counsel for debtor(s)<br>  counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>MAUREEN O. HALLIGAN, C/O KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA 15219 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| :<br>PRA/PORTFOLIO RECOVERY ASSOC, POB 41067, NORFOLK, VA  23541-1067 | ORIGINAL CREDITOR:<br>PRA RECEIVABLES MANAGEMENT LLC - AGNT PRA LLC, PO BOX 12914, NORFOLK, VA  23541 |
| NEW CREDITOR: | |