**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 17-22509 JAD |
| Maureen O. Halligan, ) | Chapter 13 |
|     *Debtor* ) | Docket No. |
| ) | |
| Maureen O. Halligan, ) | |
|     *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

    \_\_\_\_\_ Voluntary Petition. - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must be Specified)
    \_\_\_\_\_ Summary of Schedules
    \_\_\_\_\_ Schedule A – Real Property
    \_\_\_\_ Schedule B - Personal Property
  __X__ Schedule C – Property Claimed as Exempt
    \_\_\_\_ Schedule D – Creditors holding Secured Claims}
        Check one:
        \_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added
        \_\_\_\_\_ Creditor(s) deleted
    \_\_\_\_\_ Schedule E – Creditors Holding Unsecured Priority Claims
        Check one:
        \_\_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added
        \_\_\_\_\_ Creditor(s) deleted
    \_\_\_\_ Schedule F – Creditors Holding Unsecured Nonpriority Claims
        Check one:
        \_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added
        \_\_\_\_\_ Creditor(s) deleted
    \_\_\_\_\_ Schedule G – Executory Contracts and Unexpired Leases
        Check one:
        \_\_\_\_\_ Creditor(s) added

    \_\_\_\_\_ NO creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H – Codebtors
\_\_\_\_ Schedule I -  Current Income of Individual Debtor(s)
\_\_\_ Schedule J-   Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other:

Date: April 6, 2022

    Kenneth Steidl, Esquire
    Attorney for the Debtors

    STEIDL & STEINBERG
    Suite 2830 – Gulf Tower
    707 Grant Street
    Pittsburgh, PA  15219
    (412) 391-8000
    PA I.D. No. 34965
    ken.steidl@steidl-steinberg.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Maureen O. Halligan** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 17-22509 | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **265 Rochester Rd Freedom, PA 15042  Beaver County**<br>Line from *Schedule A/B*: **1.1** | $300,000.00 | ■ $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2011 Honda Odyssey 100,000 miles Location: 265 Rochester Rd., Freedom PA 15042**<br>Line from *Schedule A/B*: **3.2** | $17,000.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Two Refrigerators, Dishwasher, Two Stoves, Basic Livingroom Furniture, Seven Beds & Misc Bedroom Furniture, Sectional Sofa, Four Television and Misc Hosuehold Items Location: 265 Rochester Rd., Freedom PA 15042**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **2 Apple Computer, iPad Location: 265 Rochester Rd., Freedom PA 15042**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Maureen O. Halligan** | | Case number (if known) | **17-22509** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 Firearm**<br>Location: 265 Rochester Rd., Freedom PA 15042<br>Line from *Schedule A/B*: **10.1** | $400.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Basic Clothing & Shoes**<br>Location: 265 Rochester Rd., Freedom PA 15042<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Diamond Earings**<br>Location: 265 Rochester Rd., Freedom PA 15042<br>Line from *Schedule A/B*: **12.1** | $2,500.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Diamond Earings**<br>Location: 265 Rochester Rd., Freedom PA 15042<br>Line from *Schedule A/B*: **12.1** | $2,500.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **1 Dog**<br>Location: 265 Rochester Rd., Freedom PA 15042<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Checking: PNC Bank**<br>Line from *Schedule A/B*: **17.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: USAA**<br>*Joint with Justin Meyer<br>Line from *Schedule A/B*: **17.2** | $1,000.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Saturday Garage**<br>*business is no operational and has assets<br>51%<br>Line from *Schedule A/B*: **19.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Gas Lease on the property**<br>*company solely has the right of way and is not drilling at this time<br>Line from *Schedule A/B*: **34.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes