IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 17-22509 JAD |
| Maureen O. Halligan, ) | Chapter 13 |
| *Debtor* ) | Related to Docket No. 79 & 85 |
| ) | |
| Maureen O. Halligan, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 11, 2022, a true and correct copy of the *Amended Schedule together with the Order of Court dated April 6, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

**Service by ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: April 11, 2022

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-22509-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Apr 11 13:06:17 EDT 2022 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Bank<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Amazon<br>PO Box 960013<br>Orlando, FL 32896-0013 | Amazon<br>c/o NCC Services of Ohio<br>16605 N. 28th Ave.<br>Suite A106<br>Jacksonville, FL 32256 |
| Barkleys Bank<br>PO Box 8833<br>Wilmington, DE 19899-8833 | Barkleys Bank<br>c/o Northstar Location Services<br>4285 Genesee St.<br>Buffalo, NY 14225-1943 | Barleys Bank<br>PO Box 8833<br>Wilmington, DE 19899-8833 |
| Berkheimer Assoc Agt FreedomASD-New Sewickle<br>c/o David R. Gordon, Esq.<br>1883 Jory Road<br>Pen Argyl, PA 18072-9652 | Best Buy<br>PO Box 9001007<br>Louisville, KY 40290-1007 | Best Buy<br>c/o Midland Credit Mgmt.<br>PO Box 13386<br>Roanoke, VA 24033-3386 |
| Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | Cenlar Mortgage<br>PO Box 77404<br>Ewing, NJ 08628-6404 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chase Bank<br>c/o United Collection Bureau<br>5620 Southwick Blvd.<br>Suite 206<br>Toledo, OH 43614-1501 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 |
| Marisa Myers Cohen<br>McCabe, Weisberg & Conway<br>123 South Broad Street<br>Suite 2080<br>Philadelphia, PA 19109-1031 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Card<br>c/o Pressler & Pressler<br>7 Entin Rd.<br>Parsippany, NJ 07054-5020 | Duquesne Light Company<br>c/o Allison L. Carr,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| Flagstar Bank, FSB as servicer for Pingora L<br>C/O McCabe, Weisberg & Conway, LLC<br>Suite 1400<br>123 South Broad Street<br>Philadelphia, PA 19109-1060 | Francis Cost & Welsh Dermatology<br>Suite 200<br>1000 Stonewood Dr.<br>Wexford, PA 15090-8386 | Freedom Area School District and<br>New Sewickley Township<br>c/o Berkheimer Tax Collectors<br>PO Box 25153<br>Lehigh Valley, PA 18002-5153 |
| Maureen O. Halligan<br>265 Rochester Rd.<br>Freedom, PA 15042-9369 | Herritage Valley Sewickley<br>PO Box 536371<br>Pittsburgh, PA 15253-5905 | Home Depot & Citibank<br>c/o ARSI Collection Agency<br>555 St. Charles Dr.<br>Suite 110<br>Thousand Oaks, CA 91360-3982 |

```
Home Depot & Citibank                        Home Depot & Citibank                      Internal Revenue Service
c/o Client Services                          c/o Home Depot Credit Services             PO Box 7346
3541 Harry S. Truman Blvd.                   PO Box 790328                              Philadelphia, PA 19101-7346
Saint Charles, MO 63301-4047                 Saint Louis, MO 63179-0328


LVNV Funding, LLC its successors and assigns MedExpress Urgent Care                     Midland Funding LLC
assignee of Citibank, N.A.                   PO Box 719                                 PO Box 2011
Resurgent Capital Services                   Dellslow, WV 26531-0719                    Warren, MI 48090-2011
PO Box 10587
Greenville, SC 29603-0587


Brian Nicholas                               Office of the United States Trustee        PA Dept. of Revenue
KML Law Group, P.C.                          Liberty Center.                            P.O. Box 280432
701 Market Street                            1001 Liberty Avenue, Suite 970             Harrisburg, PA 17128-0432
Suite 5000                                   Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


(p)PNC BANK RETAIL LENDING                   PRA  Receivables Management LLC            PRA Receivables Management, LLC
P O BOX 94982                                POB 41067                                  PO Box 41021
CLEVELAND OH 44101-4982                      Norfolk, VA 23541-1067                     Norfolk, VA 23541-1021


Pennsylvania Department of Revenue           Pennsylvania Department of Revenue         Pennsylvania Dept. of Revenue
Bankruptcy Division                          Bankruptcy division, P O Box 280946        Department 280946
P.O. Box 280946                              Harrisburg P A 17128-0946                  P.O. Box 280946
Harrisburg, PA 17128-0946                                                               ATTN: BANKRUPTCY DIVISION
                                                                                        Harrisburg, PA 17128-0946


Pingora Loan Servicing, LLC                  Pingora Loan Servicing, LLC                (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o Cenlar F.S.B.                            c/o Flagstar Bank, FSB                     PO BOX 41067
Attn: BK Department                          5151 Corporate Drive                       NORFOLK VA 23541-1067
425 Phillips Blvd.                           Troy, Michigan 48098-2639
Ewing, NJ 08618-1430


Ranier Physical Therapy                      Kaitlin Shire                              Kenneth Steidl
1187 Freedom Rd.                             c/o Hill Wallack, LLP                      Steidl & Steinberg
Suite C-101                                  777 Township Line Road, Suite 250          Suite 2830 Gulf Tower
Cranberry Twp, PA 16066-4964                 Yardley, PA 19067-5565                     707 Grant Street
                                                                                        Pittsburgh, PA 15219-1908


(p)STRATASYS  INC                            TD Bank USA, N.A.                          Target
7665 COMMERCE WAY                            C O WEINSTEIN & RILEY, PS                  PO Box 660170
EDEN PRAIRIE MN 55344-2001                   2001 WESTERN AVENUE, STE 400               Dallas, TX 75266-0170
                                             SEATTLE, WA 98121-3132


Target & TD Bank USA                         Francis Thomas Tarlecki                    The Gap
c/o Blatt Hasenmiller Leibsker & Moore       McCabe Weisberg & Conway PC                PO Box 960013
1835 Market St.                              123 S. Broad Street                        Orlando, FL 32896-0017
Suite 501                                    Suite 1400
Philadelphia, PA 19103-2933                  Philadelphia, PA 19109-1060


The Gap                                      UPMC                                       UPMC Health Services
c/o Midland Credit Mgmt.                     PO Box 371472                              PO Box 1123
PO Box 13386                                 Pittsburgh, PA 15250-7472                  Minneapolis, MN 55440-1123
Roanoke, VA 24033-3386
```

| | | |
|---|---|---|
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | WILMINGTON SAVINGS FUND SOCIETY,<br>FSB, AS TRUSTEE OF STANWICH<br>MORTGAGE LOAN TRUST I<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>201 N. Walnut St.<br>Wilmington, DE 19801 | Citibank<br>PO Box 183071<br>Columbus, OH 43218-3071 | PNC Bank<br>PO Box 5570<br>Cleveland, OH 44101-0570 |
| (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Stratasys<br>7665 Commerce Way<br>Eden Prairie, MN 55344 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Barkleys Bank<br>c/o ERC Collection Agency<br>PO Box 23870 | (u)Duquesne Light Company | (u)Flagstar Bank, FSB as servicer for Pingora |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Pingora Loan Servicing, LLC | (u)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS T |

End of Label Matrix
Mailable recipients    62
Bypassed recipients     6
Total                  68