IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-22509 jad |
| Maureen O. Halligan, ) | Chapter 13 |
| aka Maureen Harp, ) | |
| *Debtors* ) | |
| ) | Related to Docket No. 87 |
| Maureen O. Halligan, ) | |
| aka Maureen Harp, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 13, 2022, a true and correct copy of the *Order of Court dated April 11, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee

Date of Service: April 13, 2022      /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    Attorney for the Debtor
    STEIDL & STEINBERG
    2830 Gulf Tower - 707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000 ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965

```
Label Matrix for local noticing          Ally Bank                                Ally Bank
0315-2                                   PO Box 130424                            PO Box 380901
Case 17-22509-JAD                        Roseville MN 55113-0004                  Minneapolis, MN 55438-0901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Apr 13 08:57:03 EDT 2022

Ally Bank, c/o AIS Portfolio Services, LP   Amazon                                Amazon
4515 N Santa Fe Ave. Dept. APS              PO Box 960013                         c/o NCC Services of Ohio
Oklahoma City, OK 73118-7901                Orlando, FL 32896-0013                16605 N. 28th Ave.
                                                                                  Suite A106
                                                                                  Jacksonville, FL 32256

Barkleys Bank                            Barkleys Bank                            Barleys Bank
PO Box 8833                              c/o Northstar Location Services          PO Box 8833
Wilmington, DE 19899-8833                4285 Genesee St.                         Wilmington, DE 19899-8833
                                         Buffalo, NY 14225-1943

Berkheimer Assoc Agt FreedomASD-New Sewickle   Best Buy                           Best Buy
c/o David R. Gordon, Esq.                      PO Box 9001007                     c/o Midland Credit Mgmt.
1883 Jory Road                                 Louisville, KY 40290-1007          PO Box 13386
Pen Argyl, PA 18072-9652                                                          Roanoke, VA 24033-3386

Jerome B. Blank                          Cenlar Mortgage                          (p)JPMORGAN CHASE BANK  N A
Phelan Hallinan Diamond & Jones, LLP     PO Box 77404                             BANKRUPTCY MAIL INTAKE TEAM
1617 JFK Boulevard                       Ewing, NJ 08628-6404                     700 KANSAS LANE FLOOR 01
Philadelphia, PA 19103-1821                                                       MONROE LA 71203-4774

Chase Bank                               (p)CITIBANK                              Citibank, N.A.
c/o United Collection Bureau             PO BOX 790034                            c/o Quantum3 Group LLC
5620 Southwick Blvd.                     ST LOUIS MO 63179-0034                   PO Box 280
Suite 206                                                                         Kirkland, WA  98083-0280
Toledo, OH 43614-1501

Marisa Myers Cohen                       Discover Bank                            Discover Card
McCabe, Weisberg & Conway                Discover Products Inc                    PO Box 3025
123 South Broad Street                   PO Box 3025                              New Albany, OH 43054-3025
Suite 2080                               New Albany, OH  43054-3025
Philadelphia, PA 19109-1031

Discover Card                            Duquesne Light Company                   Keri P. Ebeck
c/o Pressler & Pressler                  c/o Allison L. Carr,                     Bernstein-Burkley
7 Entin Rd.                              Bernstein-Burkley, P.C.,                 601 Grant Street, 9th Floor
Parsippany, NJ 07054-5020                707 Grant St., Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-4430
                                         Pittsburgh, PA 15219-1945

Flagstar Bank, FSB as servicer for Pingora L   Francis Cost & Welsh Dermatology   Freedom Area School District and
C/O McCabe, Weisberg & Conway, LLC             Suite 200                          New Sewickley Township
Suite 1400                                     1000 Stonewood Dr.                 c/o Berkheimer Tax Collectors
123 South Broad Street                         Wexford, PA 15090-8386             PO Box 25153
Philadelphia, PA 19109-1060                                                       Lehigh Valley, PA 18002-5153

Maureen O. Halligan                      Herritage Valley Sewickley               Home Depot & Citibank
265 Rochester Rd.                        PO Box 536371                            c/o ARSI Collection Agency
Freedom, PA 15042-9369                   Pittsburgh, PA 15253-5905                555 St. Charles Dr.
                                                                                  Suite 110
                                                                                  Thousand Oaks, CA 91360-3982
```

| | | |
|---|---|---|
| Home Depot & Citibank<br>c/o Client Services<br>3541 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-4047 | Home Depot & Citibank<br>c/o Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MedExpress Urgent Care<br>PO Box 719<br>Dellslow, WV 26531-0719 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Dept. of Revenue<br>P.O. Box 280432<br>Harrisburg, PA 17128-0432 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy division, P O Box 280946<br>Harrisburg P A 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Pingora Loan Servicing, LLC<br>c/o Cenlar F.S.B.<br>Attn: BK Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 | Pingora Loan Servicing, LLC<br>c/o Flagstar Bank, FSB<br>5151 Corporate Drive<br>Troy, Michigan 48098-2639 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Ranier Physical Therapy<br>1187 Freedom Rd.<br>Suite C-101<br>Cranberry Twp, PA 16066-4964 | Kaitlin Shire<br>c/o Hill Wallack, LLP<br>777 Township Line Road, Suite 250<br>Yardley, PA 19067-5565 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| (p)STRATASYS INC<br>7665 COMMERCE WAY<br>EDEN PRAIRIE MN 55344-2001 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>PO Box 660170<br>Dallas, TX 75266-0170 |
| Target & TD Bank USA<br>c/o Blatt Hasenmiller Leibsker & Moore<br>1835 Market St.<br>Suite 501<br>Philadelphia, PA 19103-2933 | Francis Thomas Tarlecki<br>McCabe Weisberg & Conway PC<br>123 S. Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 | The Gap<br>PO Box 960013<br>Orlando, FL 32896-0017 |
| The Gap<br>c/o Midland Credit Mgmt.<br>PO Box 13386<br>Roanoke, VA 24033-3386 | UPMC<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |

| | | |
|---|---|---|
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | WILMINGTON SAVINGS FUND SOCIETY,<br>FSB, AS TRUSTEE OF STANWICH<br>MORTGAGE LOAN TRUST I<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>201 N. Walnut St.<br>Wilmington, DE 19801 | Citibank<br>PO Box 183071<br>Columbus, OH 43218-3071 | PNC Bank<br>PO Box 5570<br>Cleveland, OH 44101-0570 |
| (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Stratasys<br>7665 Commerce Way<br>Eden Prairie, MN 55344 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Barkleys Bank<br>c/o ERC Collection Agency<br>PO Box 23870 | (u)Duquesne Light Company | (u)Flagstar Bank, FSB as servicer for Pingora |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Pingora Loan Servicing, LLC | (u)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS T |

End of Label Matrix
Mailable recipients    62
Bypassed recipients     6
Total                  68