IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Maureen O. Halligan, | : | Case No. 17-22509 JAD |
| *Debtor* | : | Chapter 13 |
| | : | Related to Claim No. 3 |
| Maureen O. Halligan, | : | Document No. |
| *Movant* | : | |
| | : | |
| vs. | : | |
| | : | |
| Portfolio Recovery Associates, LLC, | : | |
| *Respondent* | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 20, 2022, I caused to be served a true and correct copy of the *Notice And Order Setting Hearing On An Expedited Basis together with the Motion To Compel Portfolio Recovery Associates, Llc To Provide Payoff Quote* by the following methods upon the following persons and parties:

**First Class US Mail:**

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

Maureen O. Halligan
265 Rochester Rd.
Freedom, PA 15042

**Service by Fax:**
Portfolio Recovery Associates: 757-518-0860
Ronda Winnecour, Trustee: 412-471-5470
Office of the US Trustee: 412-644-4785

**Service by Email:**
Portfolio Recovery Associates: Bankruptcy_Info@portfoliorecovery.com
Portfolio Recovery Associates: pracustomercare@portfoliorecovery.com
Maureen Halligan: maureenharp@gmail.com

Date of Service: May 20, 2022

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965