IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Maureen O. Halligan, | : Case No. 17-22509 JAD |
| *Debtor* | : Chapter 13 |
| | : Related to Claim No. 3 |
| Maureen O. Halligan, | : Document No. |
| *Movant* | : |
| | : |
| vs. | : |
| | : |
| Portfolio Recovery Associates, LLC, | : |
| *Respondent* | : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 7, 2022, I caused to be served a true and correct copy of the *Order of Court dated June 6, 2022* by the following methods upon the following persons and parties:

**Service by First Class US Mail and Certified Mail:**

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Attn: Kevin Stevenson, CEO
120 Corporate Blvd
Norfolk, VA 23502

**Service by First Class US Mail Only:**

Maureen O. Halligan
265 Rochester Rd.
Freedom, PA 15042

**Service by CM/ECF Mail:**

Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: June 7, 2022

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965