IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 17-22509 JAD |
| Maureen O. Halligan | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Maureen O. Halligan | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

### STATUS REPORT REGARDING INSURANCE CHECK DISTRIBUTION

AND NOW, comes the debtor, Maureen O. Halligan, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1.    On June 20, 2017 the Debtor filed for relief under Chapter 13 of the Bankruptcy Code. The Debtor co-owned a 2014 Honda that was destroyed in a collision. The vehicle was co-owned by the Debtor and a non-debtor. The creditor sent the Debtor the entire insurance check of $19,012.14 made payable to the Debtor. The Debtor gave the non-debtor the entire check for the non-debtor to safely hold. The Debtor believed the check had been distributed to the Trustee. It had not. The co-debtor was entitled to one-half of the funds which is $9,506.00. The Debtor has advised the debtor's attorney that a check has been remitted to the Office of the Chapter 13 Trustee in the amount of $5,731.01 which represents the non-exempt insurance remainder. The Debtor has claimed an exemption of $3,775.00. The Trustee's Office was advised that the check was sent on the day the debtor stated she mailed it. The Debtor's Counsel has prepared an affidavit for the Debtor to sign which has been sent to the Debtor.

WHEREFORE, the debtor, Maureen O. Halligan, respectfully files this status report.

Respectfully submitted,

 January 18, 2023
  DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
ken.steidl@steidl-steinberg.com