IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-22509 JAD |
| Maureen O. Halligan ) | Chapter 13 |
| *Debtors* ) | |
| ) | Docket No. |
| Maureen O. Halligan, ) | |
| *Movants* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

## REPORT OF NO AUTOMOBILE FINANCING

AND NOW, comes the debtor, Maureen O. Halligan, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On April 7, 2022, this Honorable Court signed an Order authorizing the Debtor to purchase a new or used motor vehicle for an amount up to $25,000.00 and an interest rate of up to 21% per year with a monthly payment not to exceed $500.00 per month.

2. The debtor has decided that she does not wish to finance a vehicle at this time.

WHEREFORE, the debtor, Maureen O. Halligan, respectfully files this report of no financing.

Respectfully submitted,

January 18, 2023  
DATE

/s/ Kenneth Steidl  
KennethSteidl, Esquire  
Attorney for the Debtor

STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No.  34965  
ken.steidl@steidl-steinberg.com