IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-22509 JAD |
| Maureen O. Halligan | ) | Chapter 13 |
| | ) | Docket No. |
| Debtor | ) | |
| Maureen O. Halligan | ) | |
| Movant | ) | |
| No Respondent(s) | ) | |

### AFFIDAVIT

I, Maureen O. Halligan, hereby certify the following information under penalty of perjury: On June 20, 2017 the Debtor filed for relief under Chapter 13 of the Bankruptcy Code. The Debtor co-owned a 2014 Honda that was destroyed in a collision. The vehicle was co-owned by the Debtor and a non-debtor. The creditor sent the Debtor the entire insurance check of $19,012.14 made payable to the Debtor. The Debtor gave the non-debtor the entire check for the non-debtor to safely hold. The Debtor believed the check had been distributed to the Trustee. It had not. The co-debtor was entitled to one-half of the funds which is $9,506.00. The Debtor has advised the debtor's attorney that a check has been remitted to the Office of the Chapter 13 Trustee in the amount of $5,731.01 which represents the non-exempt insurance remainder. The Debtor has claimed an exemption of $3,775.00.

_January 24, 2023_
Date

_Maureen O. Halligan_
Maureen O. Halligan