IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Maureen O. Halligan,  
    Debtor(s).

CASE NO 17-22509-JAD

Chapter 13

Maureen O. Halligan,  
    Movant(s),  
vs.  
Ronda J. Winnecour, Trustee,  
    Respondent(s).

Related to Doc 81 and 126

## CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-EXEMPT INSURANCE PROCEEDS

WHEREAS, the Trustee is in receipt of $5,733 (the "Non-Exempt Insurance Proceeds") posted on January 27, 2023, which is traceable to the loss of a co-owned 2014 Honda, as set forth in an Affidavit filed at Doc 126;

WHEREAS, in accordance with the Affidavit, the Debtor's exemption amount, as provided for in the Order at Doc 81, was deducted before the Non-Exempt Insurance Proceeds were forward to the Trustee;

AND now, the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1)     The Non-Exempt Insurance Proceeds shall be treated as additional plan funding and shall, after deduction of Trustee fees, be distributed to general unsecured creditors.

So Ordered, this _____ day of _____, 20_____.

_____  
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
Attorney for Debtor(s)