FILED
2/15/23 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          CASE NO 17-22509-JAD
Maureen O. Halligan,
          Debtor(s).                            Chapter 13

Maureen O. Halligan,
          Movant(s),
                                                Related to Doc 81 and 126
vs.
Ronda J. Winnecour, Trustee,                    Doc. # 127
          Respondent(s).

## CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-EXEMPT INSURANCE PROCEEDS

WHEREAS, the Trustee is in receipt of $5,733 (the "Non-Exempt Insurance Proceeds") posted on January 27, 2023, which is traceable to the loss of a co-owned 2014 Honda, as set forth in an Affidavit filed at Doc 126;

WHEREAS, in accordance with the Affidavit, the Debtor's exemption amount, as provided for in the Order at Doc 81, was deducted before the Non-Exempt Insurance Proceeds were forward to the Trustee;

AND now, the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1)     The Non-Exempt Insurance Proceeds shall be treated as additional plan funding and shall, after deduction of Trustee fees, be distributed to general unsecured creditors.

So Ordered, this _____15th_____ day of ____February_____, 20__23__.

U.S. Bankruptcy Judge   **jsf**
Jeffery A. Deller

Page **1** of **2**

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
**Attorney for Debtor(s)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22509-JAD |
| Maureen O. Halligan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maureen O. Halligan, 265 Rochester Rd., Freedom, PA 15042-9369 |
| 14645943 | | Amazon, c/o NCC Services of Ohio, 16605 N. 28th Ave., Suite A106, Jacksonville, FL 32256 |
| 14645944 | + | Barkleys Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 14645947 | + | Barleys Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 14672882 | + | Berkheimer Assoc Agt FreedomASD-New Sewickley Twp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14645950 | + | Cenlar Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 15003706 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14645956 | | Francis Cost & Welsh Dermatology, Suite 200, 1000 Stonewood Dr., Wexford, PA 15090-8386 |
| 14645957 | | Freedom Area School District and, New Sewickley Township, c/o Berkheimer Tax Collectors, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14645958 | + | Herritage Valley Sewickley, PO Box 536371, Pittsburgh, PA 15253-5905 |
| 14645960 | + | Home Depot & Citibank, c/o ARSI Collection Agency, 555 St. Charles Dr., Suite 110, Thousand Oaks, CA 91360-3982 |
| 14645963 | + | MedExpress Urgent Care, PO Box 719, Dellslow, WV 26531-0719 |
| 14645964 | | PA Dept. of Revenue, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14645966 | + | Ranier Physical Therapy, 1187 Freedom Rd., Suite C-101, Cranberry Twp, PA 16066-4964 |
| 14645969 | + | Target & TD Bank USA, c/o Blatt Hasenmiller Leibsker & Moore, 1835 Market St., Suite 501, Philadelphia, PA 19103-2933 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 16 2023 00:03:12 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2023 00:03:24 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14657647 | | Email/Text: ally@ebn.phinsolutions.com | Feb 16 2023 00:00:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14645940 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 16 2023 00:00:00 | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14645942 | | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:03:18 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14645945 | ^ | MEBN | Feb 15 2023 23:56:58 | Barkleys Bank, c/o Northstar Location Services, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 14645949 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:00:00 | Best Buy, c/o Midland Credit Mgmt., PO Box 13386, Roanoke, VA 24033-3386 |
| 14645948 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 00:13:36 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 14645953 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2023 00:13:48 | Citibank, PO Box 183071, Columbus, OH 43218-3071 |

| 15496148 | + Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | Feb 16 2023 00:00:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14645952 | + Email/Text: BAN5620@UCBINC.COM | | |
| | | Feb 16 2023 00:00:00 | Chase Bank, c/o United Collection Bureau, 5620 Southwick Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14720551 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 16 2023 00:00:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14651303 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 16 2023 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14645955 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Feb 16 2023 00:00:00 | Discover Card, c/o Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14645954 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 16 2023 00:00:00 | Discover Card, PO Box 3025, New Albany, OH 43054-3025 |
| 14727782 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Feb 16 2023 00:01:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14645959 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 16 2023 00:13:49 | Home Depot & Citibank, c/o Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14645961 | Email/Text: mediamanagers@clientservices.com | | |
| | | Feb 16 2023 00:00:00 | Home Depot & Citibank, c/o Client Services, 3541 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 14645962 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Feb 16 2023 00:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14645951 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Feb 16 2023 00:03:22 | Chase Bank, 201 N. Walnut St., Wilmington, DE 19801 |
| 14699861 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 16 2023 00:03:19 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714944 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 16 2023 00:00:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14645965 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 16 2023 00:00:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14707315 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 16 2023 00:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14935675 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 16 2023 00:03:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14702350 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 16 2023 00:03:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14646920 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Feb 16 2023 00:03:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660083 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Feb 16 2023 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14725824 | + Email/Text: BKelectronicnotices@cenlar.com | | |
| | | Feb 16 2023 00:00:00 | Pingora Loan Servicing, LLC, c/o Cenlar F.S.B., Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15019427 | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Feb 16 2023 00:01:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14645967 | Email/Text: accounts.receivable@stratasys.com | | |
| | | Feb 16 2023 00:00:00 | Stratasys, 7665 Commerce Way, Eden Prairie, MN 55344 |
| 14726647 | + Email/Text: bncmail@w-legal.com | | |

District/off: 0315-2 · · · · · · · · · · · · · · · · · · User: auto · · · · · · · · · · · · · · · · · · Page 3 of 4

Date Rcvd: Feb 15, 2023 · · · · · · · · · · · · · · · Form ID: pdf900 · · · · · · · · · · · Total Noticed: 54

| | | Feb 16 2023 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14645968 | Email/Text: bncmail@w-legal.com | Feb 16 2023 00:00:00 | Target, Po Box 660170, Dallas, TX 75266-0170 |
| 14645971 | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:00:00 | The Gap, c/o Midland Credit Mgmt., PO Box 13386, Roanoke, VA 24033-3386 |
| 14645970 | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2023 00:03:13 | The Gap, PO Box 960013, Orlando, FL 32896-0017 |
| 14645972 | ^ MEBN | Feb 15 2023 23:57:07 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14719935 | ^ MEBN | Feb 15 2023 23:57:14 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14720194 | ^ MEBN | Feb 15 2023 23:57:11 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15385613 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 16 2023 00:00:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | | Duquesne Light Company |
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | Pingora Loan Servicing, LLC |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |
| 14645946 | | Barkleys Bank, c/o ERC Collection Agency, PO Box 23870 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14645941 | *+ | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14660086 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2023 · · · · · · · · · · · Signature: · · · · · · /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Feb 15, 2023                    Form ID: pdf900                              Total Noticed: 54

Brian Nicholas
      on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

Francis Thomas Tarlecki
      on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com,
      ecfmail@mwc-law.com

Jerome B. Blank
      on behalf of Creditor Pingora Loan Servicing  LLC jblank@pincuslaw.com

Kaitlin Shire
      on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN
      TRUST I kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Kenneth Steidl
      on behalf of Debtor Maureen O. Halligan julie.steidl@steidl-steinberg.com
      ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
      eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
      on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com


TOTAL: 9