Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Maureen O. Halligan
aka Maureen Harp**
Debtor(s)

Bankruptcy Case No.: 17−22509−JAD

Chapter: 13
Docket No.: 133 − 132

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 26th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **6/21/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

     **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

     In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

                                                  Jeffery A. Deller
                                                  United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Maureen O. Halligan  
    Debtor

Case No. 17-22509-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Apr 26, 2023      Form ID: 408      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maureen O. Halligan, 265 Rochester Rd., Freedom, PA 15042-9369 |
| 14645943 | | Amazon, c/o NCC Services of Ohio, 16605 N. 28th Ave., Suite A106, Jacksonville, FL 32256 |
| 14645944 | + | Barkleys Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 14645947 | + | Barleys Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 14672882 | + | Berkheimer Assoc Agt FreedomASD-New Sewickley Twp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14645950 | + | Cenlar Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 15003706 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14645956 | | Francis Cost & Welsh Dermatology, Suite 200, 1000 Stonewood Dr., Wexford, PA 15090-8386 |
| 14645957 | | Freedom Area School District and, New Sewickley Township, c/o Berkheimer Tax Collectors, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14645958 | + | Herritage Valley Sewickley, PO Box 536371, Pittsburgh, PA 15253-5905 |
| 14645960 | + | Home Depot & Citibank, c/o ARSI Collection Agency, 555 St. Charles Dr., Suite 110, Thousand Oaks, CA 91360-3982 |
| 14645963 | + | MedExpress Urgent Care, PO Box 719, Dellslow, WV 26531-0719 |
| 14645964 | | PA Dept. of Revenue, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14645966 | + | Ranier Physical Therapy, 1187 Freedom Rd., Suite C-101, Cranberry Twp, PA 16066-4964 |
| 14645969 | + | Target & TD Bank USA, c/o Blatt Hasenmiller Leibsker & Moore, 1835 Market St., Suite 501, Philadelphia, PA 19103-2933 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 23:55:45 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14657647 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14645940 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14645942 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:17 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14645945 | ^ | MEBN | Apr 26 2023 23:48:56 | Barkleys Bank, c/o Northstar Location Services, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 14645949 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Best Buy, c/o Midland Credit Mgmt., PO Box 13386, Roanoke, VA 24033-3386 |
| 14645948 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:09:05 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 14645953 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:56 | Citibank, PO Box 183071, Columbus, OH 43218-3071 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 15496148 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2023 23:49:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14645952 | + | Email/Text: BAN5620@UCBINC.COM | Apr 26 2023 23:49:00 | Chase Bank, c/o United Collection Bureau, 5620 Southwick Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14720551 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14651303 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14645955 | | Email/Text: signed.order@pfwattorneys.com | Apr 26 2023 23:49:00 | Discover Card, c/o Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14645954 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Card, PO Box 3025, New Albany, OH 43054-3025 |
| 14727782 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14645959 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:40 | Home Depot & Citibank, c/o Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14645961 | | Email/Text: mediamanagers@clientservices.com | Apr 26 2023 23:49:00 | Home Depot & Citibank, c/o Client Services, 3541 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 14645962 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2023 23:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14645951 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:55:40 | Chase Bank, 201 N. Walnut St., Wilmington, DE 19801 |
| 14699861 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:25 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714944 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14645965 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14707315 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14935675 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:55:50 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14702350 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14646920 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660083 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2023 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14725824 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 26 2023 23:49:00 | Pingora Loan Servicing, LLC, c/o Cenlar F.S.B., Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15019427 | | Email/Text: cashiering-administrationservices@flagstar.com | Apr 26 2023 23:50:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14645967 | | Email/Text: accounts.receivable@stratasys.com | Apr 26 2023 23:49:00 | Stratasys, 7665 Commerce Way, Eden Prairie, MN 55344 |
| 14726647 | + | Email/Text: bncmail@w-legal.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 23:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14645968 | | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:49:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14645971 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | The Gap, c/o Midland Credit Mgmt., PO Box 13386, Roanoke, VA 24033-3386 |
| 14645970 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:17 | The Gap, PO Box 960013, Orlando, FL 32896-0017 |
| 14645972 | ^ | MEBN | Apr 26 2023 23:49:52 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14719935 | ^ | MEBN | Apr 26 2023 23:50:57 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14720194 | ^ | MEBN | Apr 26 2023 23:50:30 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15385613 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2023 23:49:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | | Duquesne Light Company |
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | Pingora Loan Servicing, LLC |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |
| 14645946 | | Barkleys Bank, c/o ERC Collection Agency, PO Box 23870 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14645941 | *+ | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14660086 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023                    Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 54 |

on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

Francis Thomas Tarlecki

on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Jerome B. Blank

on behalf of Creditor Pingora Loan Servicing  LLC jblank@pincuslaw.com

Kaitlin Shire

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Kenneth Steidl

on behalf of Debtor Maureen O. Halligan julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen

on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9