**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MAUREEN O. HALLIGAN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:17-22509 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/20/2017 and confirmed on 10/11/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 208,656.07 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 208,656.07 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,374.16 | |
|    Trustee Fee | 9,466.68 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 16,840.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 123,226.41 | 0.00 | 123,226.41 |
|     Acct: 2772 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 468.45 | 468.45 | 0.00 | 468.45 |
|     Acct: 2772 | | | | |
|   ALLY BANK(*) | 23,823.06 | 23,823.06 | 7,172.46 | 30,995.52 |
|     Acct: 6551 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 17,327.98 | 17,327.98 | 5,170.19 | 22,498.17 |
|     Acct: 5614 | | | | |
| | | | | 177,188.55 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN O. HALLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,174.16 | 4,174.16 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-22 | | | | |
|   STRATASYS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4311 | | | | |
|   FREEDOM ASD (NEW SEWICKLEY TWP) ( | 982.12 | 982.12 | 0.00 | 982.12 |
|     Acct: 1394 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,078.82 | 3,078.82 | 0.00 | 3,078.82 |
|     Acct: 1394 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,707.30 | 2,707.30 | 0.00 | 2,707.30 |
|     Acct: 1394 | | | | |
| | | | | 6,768.24 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 1,912.99 | 187.42 | 0.00 | 187.42 |
|     Acct: 2655 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 10,883.37 | 1,066.24 | 0.00 | 1,066.24 |
|     Acct: 0408 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 11,725.15 | 1,148.71 | 0.00 | 1,148.71 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 6021 | | | | |
| | MIDLAND FUNDING LLC | 1,981.14 | 194.09 | 0.00 | 194.09 |
| | Acct: 1741 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8991 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 8,052.33 | 788.89 | 0.00 | 788.89 |
| | Acct: 4462 | | | | |
| | DISCOVER BANK(*) | 8,223.43 | 805.65 | 0.00 | 805.65 |
| | Acct: 0226 | | | | |
| | WELSH DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 10,235.51 | 1,002.77 | 0.00 | 1,002.77 |
| | Acct: 7492 | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK NA | 18,440.30 | 1,806.60 | 0.00 | 1,806.60 |
| | Acct: 2002 | | | | |
| | RAINIER PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK USA NA** | 1,919.63 | 188.07 | 0.00 | 188.07 |
| | Acct: 1810 | | | | |
| | MIDLAND FUNDING LLC | 407.60 | 39.93 | 0.00 | 39.93 |
| | Acct: 7228 | | | | |
| | UPMC HEALTH SERVICES | 3,843.78 | 376.58 | 0.00 | 376.58 |
| | Acct: 1394 | | | | |
| | PA DEPARTMENT OF REVENUE* | 807.36 | 79.10 | 0.00 | 79.10 |
| | Acct: 1394 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,181.05 | 115.71 | 0.00 | 115.71 |
| | Acct: 1394 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 598.93 | 58.68 | 0.00 | 58.68 |
| | Acct: 1394 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2655 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RANDALL S MILLER & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,858.44 |

TOTAL PAID TO CREDITORS                                                                              191,815.23

```
TOTAL CLAIMED
  PRIORITY          6,768.24
  SECURED          41,619.49
  UNSECURED        80,212.57
```

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MAUREEN O. HALLIGAN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22509 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Maureen O. Halligan  
    Debtor

Case No. 17-22509-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Apr 26, 2023     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maureen O. Halligan, 265 Rochester Rd., Freedom, PA 15042-9369 |
| 14645943 | | Amazon, c/o NCC Services of Ohio, 16605 N. 28th Ave., Suite A106, Jacksonville, FL 32256 |
| 14645944 | + | Barkleys Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 14645947 | + | Barleys Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 14672882 | + | Berkheimer Assoc Agt FreedomASD-New Sewickley Twp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14645950 | + | Cenlar Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 15003706 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14645956 | | Francis Cost & Welsh Dermatology, Suite 200, 1000 Stonewood Dr., Wexford, PA 15090-8386 |
| 14645957 | | Freedom Area School District and, New Sewickley Township, c/o Berkheimer Tax Collectors, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14645958 | + | Herritage Valley Sewickley, PO Box 536371, Pittsburgh, PA 15253-5905 |
| 14645960 | + | Home Depot & Citibank, c/o ARSI Collection Agency, 555 St. Charles Dr., Suite 110, Thousand Oaks, CA 91360-3982 |
| 14645963 | + | MedExpress Urgent Care, PO Box 719, Dellslow, WV 26531-0719 |
| 14645964 | | PA Dept. of Revenue, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14645966 | + | Ranier Physical Therapy, 1187 Freedom Rd., Suite C-101, Cranberry Twp, PA 16066-4964 |
| 14645969 | + | Target & TD Bank USA, c/o Blatt Hasenmiller Leibsker & Moore, 1835 Market St., Suite 501, Philadelphia, PA 19103-2933 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 23:55:46 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:55:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14657647 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14645940 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14645942 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:41 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14645945 | ^ | MEBN | Apr 26 2023 23:48:59 | Barkleys Bank, c/o Northstar Location Services, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 14645949 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Best Buy, c/o Midland Credit Mgmt., PO Box 13386, Roanoke, VA 24033-3386 |
| 14645948 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:37 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 14645953 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:07 | Citibank, PO Box 183071, Columbus, OH 43218-3071 |

Case 17-22509-JAD    Doc 136    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 15496148 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2023 23:49:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14645952 | + | Email/Text: BAN5620@UCBINC.COM | Apr 26 2023 23:49:00 | Chase Bank, c/o United Collection Bureau, 5620 Southwick Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14720551 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14651303 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14645955 | | Email/Text: signed.order@pfwattorneys.com | Apr 26 2023 23:49:00 | Discover Card, c/o Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14645954 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Card, PO Box 3025, New Albany, OH 43054-3025 |
| 14727782 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14645959 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:24 | Home Depot & Citibank, c/o Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14645961 | | Email/Text: mediamanagers@clientservices.com | Apr 26 2023 23:49:00 | Home Depot & Citibank, c/o Client Services, 3541 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 14645962 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2023 23:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14645951 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:15 | Chase Bank, 201 N. Walnut St., Wilmington, DE 19801 |
| 14699861 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:25 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714944 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14645965 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14707315 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14935675 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14702350 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14646920 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660083 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2023 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14725824 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 26 2023 23:49:00 | Pingora Loan Servicing, LLC, c/o Cenlar F.S.B., Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 15019427 | | Email/Text: cashiering-administrationservices@flagstar.com | Apr 26 2023 23:50:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14645967 | | Email/Text: accounts.receivable@stratasys.com | Apr 26 2023 23:49:00 | Stratasys, 7665 Commerce Way, Eden Prairie, MN 55344 |
| 14726647 | + | Email/Text: bncmail@w-legal.com | | |

Case 17-22509-JAD   Doc 136   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | Apr 26 2023 23:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14645968 | Email/Text: bncmail@w-legal.com | | |
| | | Apr 26 2023 23:49:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14645971 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Apr 26 2023 23:50:00 | The Gap, c/o Midland Credit Mgmt., PO Box 13386, Roanoke, VA 24033-3386 |
| 14645970 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 26 2023 23:55:40 | The Gap, PO Box 960013, Orlando, FL 32896-0017 |
| 14645972 | ^ MEBN | | |
| | | Apr 26 2023 23:49:55 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14719935 | ^ MEBN | | |
| | | Apr 26 2023 23:50:57 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14720194 | ^ MEBN | | |
| | | Apr 26 2023 23:50:31 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15385613 | + Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | Apr 26 2023 23:49:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | | Duquesne Light Company |
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | Pingora Loan Servicing, LLC |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |
| 14645946 | | Barkleys Bank, c/o ERC Collection Agency, PO Box 23870 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14645941 | *+ | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14660086 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Apr 26, 2023     Form ID: pdf900     Total Noticed: 54

    on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

Francis Thomas Tarlecki
    on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing  LLC jblank@pincuslaw.com

Kaitlin Shire
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Kenneth Steidl
    on behalf of Debtor Maureen O. Halligan julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9